IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN PATRICK LOWE, BANKRUPTCY TRUSTEE FOR DIANA CENCETTI, WRONGFUL DEATH CLAIMANT<br>    Plaintiff<br><br>vs.<br><br>AGCO CORPORATION, MASSEY FERGUSON CORPORATION, AGCO MEXICO and COMERCIALIZADORA SAN GERMAN and AGCO<br>    Defendants | § § § § § § § § § § § § § | CIVIL ACTION NO.  4:22-cv-458 |

---

## DEFENDANT AGCO CORPORATION'S NOTICE OF REMOVAL

---

TO:    THE CLERK OF COURTS AND THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN DISTRICT OF TEXAS, FORT WORT DIVISION

Pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446, Defendant AGCO Corporation ("AGCO") hereby files this Notice of Removal of the action styled *John Patrick Lowe, Bankruptcy Trustee for Diana Cencetti, Wrongful Death Claimant v. AGCO Corporation, Massey Ferguson Corporation, AGCO Mexico, and Comercializadora San German and AGCO*, Cause No. 236-333340-22, from the 236th Judicial District Court, Tarrant County, Texas, where the action is pending now, to the United States District Court for the Northern District of Texas, Fort Worth Division, on the basis of diversity of citizenship and the amount in controversy, and respectfully shows the following:

## INTRODUCTION

1. On May 2, 2022, Plaintiff, John Patrick Lowe, Bankruptcy Trustee for Diana Cencetti, Wrongful Death Claimant, filed his Original Petition, styled *John Patrick Lowe, Bankruptcy Trustee for Diana Cencetti, Wrongful Death Claimant v. AGCO Corporation, Massey Ferguson Corporation, AGCO Mexico, and Comercializadora San German and AGCO*, Cause No. 236-333340-22, from 236th Judicial District Court, Tarrant County, Texas

2. Defendant AGCO Corporation was served with the citation and Original Petition on May 5, 2022.

3. No other pleadings have been served upon AGCO Corporation, and no other orders have been entered by the Court.

4. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within 30 days of AGCO Corporation's receipt of the citation and Original Petition, and within one year of the commencement of the action.

## BASIS FOR REMOVAL: DIVERSITY JURISDICTION

5. Removal is proper based on diversity of citizenship between the parties under 28 U.S.C. §§ 1332(a), 1441(a) and 1446.

## PLAINTIFF AND DEFENDANT ARE DIVERSE

6. Upon the investigation and good faith belief, as pled in the Original Petition, Plaintiff John Patrick Lowe is, and was at the time the lawsuit was filed, a citizen of the State of Texas.

7. Upon the investigation and good faith belief, as pled in the Original Petition, Bankruptcy debtor and Wrongful Death claimant Diana Cencetti is, and was at the time the lawsuit was filed, a citizen of the State of Texas.

8. By contrast, Defendant AGCO Corporation is a Delaware corporation organized under the laws of the State of Delaware and maintains its principal place of business in Duluth, Georgia. Accordingly, AGCO is a citizen of both Delaware and Georgia.

### THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.

9. This is a civil action in which the amount in controversy exceeds $75,000.00. As set forth on the face of the Original Petition, Plaintiff has pled "for monetary relief over $1,000,000.00." See Original Pet., Exhibit B, ¶ 13.

10. In addition, Plaintiff seeks to recover exemplary damages, interest, "costs of court, and such other and further relief to which the Plaintiffs may be entitled at law or in equity." Id. at ¶ 45 and 49. Thus, because it is clear from the face of the Original Petition that Plaintiff's alleged damages as pled exceed $75,000.00, removal is proper.

### VENUE

11. Pursuant to 28 U.S.C. § 1441(a), venue is proper in this Court for purposes of removal only because it is the district and division embracing the place where such action is pending, the 326th Judicial District Court of Tarrant County, Texas.

### PROCEDURAL REQUIREMENTS FOR REMOVAL

12. AGCO Corporation has complied with all applicable provisions of 28 U.S.C. §1441 et seq., and the applicable Federal Rules of Civil Procedure.

13. AGCO Corporation attaches hereto those materials required to be filed upon removal in accordance with 28 U.S.C. § 1446(a). Specifically, this Notice of Removal is accompanied by copies of the following:

EXHIBIT A:   Index of Documents being filed with this Notice of Removal;

EXHIBIT B:   Plaintiff's Original Petition in Cause No. 236-333340-22;

EXHIBIT C:   Request for Process in Cause No. 236-333340-22;

EXHIBIT D:   Citation Issued to AGCO Corporation in Cause No. 236-333340-22, with Notice of Service; and

EXHIBIT E:   List of Counsel of Record.

14. This Notice of Removal is being filed within 30 days of service of the citation and Plaintiff's Original Petition and is thus timely filed under 28 U.S.C. §1446(b). There exists an actual and justiciable controversy between Plaintiff and Defendant with regard to the legal issues herein and this controversy is within the jurisdiction of this Court.

15. Based upon information and belief, pursuant to 28 U.S.C. § 1446(a), all pleadings, process, orders and all other filings in the state court action are attached to this Notice.

16. Pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice of Removal will be given to all adverse parties promptly after the filing of same.

17. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of the Notice of Removal will be filed with the District Clerk for the 22nd Judicial District Court of Comal County, Texas promptly after filing of same.

18. Additionally, the applicable filing fee for removal has been tendered to the Clerk of the United States District Court for the Western District of Texas, San Antonio Division, along with the original Notice of Removal.

19. AGCO Corporation reserves the right to amend or supplement its Notice of Removal.

20. By filing this Notice of Removal, AGCO Corporation does not waive, and expressly reserves its right to assert any and all procedural and/or substantive defenses, claims,

pleas, or motions, including, if any, pleas in abatement, motions to compel arbitration, and motions permitted by Rule 12 of the Federal Rules of Civil Procedure, including those defenses of lack of personal jurisdiction and improper venue.

21.     No previously application has been made for the relief requested herein.

WHEREFORE, Defendant, AGCO Corporation gives notice that this action now pending against it in the 236th Judicial District Court of Tarrant County, Texas, is removed to this Court on this 27th date of May 2022.

                                      Respectfully submitted,

                                      **LORANCE THOMPSON, P.C.**

                                      */s/ Robert Smith*

                                      Robert G. Smith, Jr., TBN: 00794661
                                      rsmith@mayerllp.com
                                      Artis G. Ulmer, III, TBN: 24118569
                                      aulmer@mayerllp.com
                                      2900 North Loop West, Ste. 500
                                      Houston, Texas 77092
                                      713.868.5560
                                      *Attorneys for Defendant, AGCO Corporation*

CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of May 2022 a true and correct copy of the foregoing instrument was served electronically or by email, to the District Clerk of Tarrant County, TX and the following counsel of record:

John C. Kitchens
**Kitchens Law Firm, PC**
2901 Bee Caves Rd. Bldg. L. Box E
Austin, TX 78746
jKitchens@johnkitchenlaw.com

Stephen W. Stewart
Ryan P. Teel
**The Stewart Law Firm, PLLC**
2800 South IH-35
Ste. 165
Austin, TX 78704
sws@thestewartlawfirm.net
rt@thestewartlawfirm.net

    */s/ Robert Smith*
    _____
    Robert G. Smith, Jr.